# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3055-GW(PJWx) | Date | November 2, 2010 |
|---|---|---|---|
| Title | *Ronald Ramsawack v. The Prudential Insurance Company of America, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT**

On October 28, 2010, Defendant Prudential Insurance Company of America, filed a Notice of Settlement. The Court, on its own motion, set an Order to Show Cause re Settlement for **January 6, 2011 at 8:30 a.m.**

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed noon on January 5, 2011.

All previously set dates are vacated and **taken off-calendar.**

                                                                                                       :

Initials of Preparer    JG