**MADE JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD RAMSAWACK, | CASE NO.: CV 10-3055-GW(PJWx) |
| *Plaintiff,* | **ORDER RE STIPULATED DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

Having read and considered the parties' Stipulation Re Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1) and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be dismissed, with prejudice.

DATED: December 2, 2010

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1